JS-6

# United States District Court
# Central District of California

JEREMY HOLLAND,

                 Plaintiff,

        v.

COLUMBIA ASSOCIATES II, LP, et al.,

              Defendants.

Case No. 2:21-cv-04891-VAP-PDx

**ORDER OF DISMISSAL**

     The Court having been advised by counsel for the parties that the above-entitled action has settled,

     IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

     THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.  All pending dates are hereby vacated.

Dated:  August 25, 2021

VIRGINIA A. PHILLIPS
United States District Judge

1